UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ADAM BURLEY,<br><br>Defendant | ) | Criminal No. 26cr10294<br><br>Violation:<br><br>Count One: Advertisement of Child Pornography<br>(18 U.S.C. §§ 2251(d)(1)(A) and (e))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 2253) |

INFORMATION

COUNT ONE
Advertisement of Child Pornography
(18 U.S.C. §§ 2251(d)(1)(A) and (e))

The United States Attorney charges:

From on or about July 21, 2026, through August 5, 2026, in the District of Massachusetts, and elsewhere, the defendant,

ADAM BURLEY,

knowingly made, printed, and published a notice and advertisement offering to exchange, display, distribute, and reproduce a visual depiction, the production of which involved the use of a minor engaging in sexually explicit conduct and which depiction was of such conduct, knowing and having reason to know that such notice and advertisement would be transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including computer, and such notice and advertisement was transported using any means or facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2251(d)(1)(A) and (e).

<u>CHILD PORNOGRAPHY FORFEITURE ALLEGATION</u>
(18 U.S.C. § 2253)

The United States Attorney further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 2251(d), set forth in Count One, the defendant,

ADAM BURLEY,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 2253, (i) any visual depiction described in sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110 of Title 18; (ii) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (iii) any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses or any property traceable to such property. The property to be forfeited includes, but is not limited to:

a. a Samsung SSD 850 Pro with cord 2TB and bearing serial number S2kMNWAG906558Z, seized on or about August 12, 2026, from a residence located in Columbus, Ohio.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 2253, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States of America, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 2253.

LEAH B. FOLEY
United States Attorney

By: ______________________________
Luke A. Goldworm
Assistant United States Attorney

Date: October 20, 2026